IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW SHAPER, #298782 | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-370-WHA |
| LEON FORNISS, et al., | ) |
| Defendants. | ) |

## **ORDER**

On February 25, 2019, the Magistrate Judge entered a Recommendation (Doc. #92) to which no timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case be DISMISSED with prejudice for the plaintiff's failure to comply with an order of this court and his abandonment of his claims for relief in light of digital video recordings submitted as evidence by the defendants.

3. The parties shall bear their own costs.

A separate Final Judgment will be entered.

DONE this 18th day of March, 2019.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE