IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW SHAPER, #298782, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-370-WHA |
| LEON FORNISS, et al., | ) |
| Defendants. | ) |

# **ORDER**

On May 3, 2019, the Magistrate Judge entered a Recommendation (Doc. #99) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The defendants' motion for summary judgment is GRANTED;

3. Judgment is entered in favor of the defendants and against the plaintiff.

4. This case is DISMISSED with prejudice;

5. The parties are to bear their own costs.

A separate Final Judgment will be entered in accordance with this order.

DONE this 23rd day of May, 2019.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE